IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:                                    )
                                          )        CHAPTER 7
                                          )
ALEXANDRA CANDELA WHITTLE,                )
                                          )
                                          )        Case No.  20-01312
                          Debtor,         )
_____  )

## ORDER GRANTING RELIEF FROM STAY TO CONTINUE OR PURSUE ACTION IN FAMILY COURT

THIS MATTER is before the Court on the request of creditor Douglas Whittle and with consent of debtor for an order granting relief from the 11 U.S.C. § 362(a) automatic stay to permit adjudication of the following matters in family court:

Divorce, Child Support, Equitable Distribution of Marital property & Debts

IT IS therefore,

ORDERED that relief from the automatic stay is granted.  Both parties to the family court action may litigate the matters set forth above.  However, additional relief from stay is necessary for the enforcement of a marital obligation against property of the bankruptcy estate or to hold the debtor in civil contempt.  Notwithstanding any determination by the family court, property of the estate and the impact of any family court order on the debtor's bankruptcy may be subject to further order of this Court.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**04/30/2020**



David R. Duncan
US Bankruptcy Judge
District of South Carolina

Entered: 05/01/2020

I so move:

_____/s/ Sean Markham_____
Sean Markham
Attorney for Creditor Douglas Whittle


I so consent:



_____/s/ Ingrid H. Rudolph_____
Ingrid H. Rudolph
Attorney for Debtor